UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| 24 HOUR FITNESS USA, INC., et al. ) <br> ) <br> Petitioner(s), ) <br> ) <br> vs ) <br> ) <br> JASON M. PARSONS, ) <br> ) <br> Respondent.. ) <br> ) | Case # 2:11-CV-2052-PMP-PAL <br><br> ORDER |

On December 21, 2011, Petitioner, 24 Hour Fitness USA, Inc., filed a Petition to Compel Arbitration pursuant to the 2007 Arbitration Agreement (Doc. #1). It is unclear to the Court what occasioned the delay in service of the Petition on Respondent, Jason Parsons, but a Response to the Petition was not filed until June 6, 2012 (Doc. #8).

**IT IS ORDERED** a Hearing on the Petition to Compel Arbitration (Doc. #1) is set for **Monday, September 17, 2012, at 10:00 a.m.**

**IT IS FURTHER ORDERED** that Petitioner shall file, not later than July 2, 2012, a Reply Memorandum to Respondent Parsons' Response.

DATED this 18th day of June, 2012.

*[signature]*

PHILIP M. PRO, UNITED STATES DISTRICT JUDGE