UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| 24 HOUR FITNESS USA, INC., et al., | ) ) ) | |
| Petitioner, | ) ) | **O R D E R** |
| vs. | ) ) | 2:11-CV-1947-PMP-GWF |
| WESLEY REESE, | ) ) ) | |
| Respondent. | ) | |
| 24 HOUR FITNESS USA, INC., et al., | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | 2:11-CV-1961-PMP-VCF |
| SIEGLINDE INCE, | ) ) ) | |
| Respondent. | ) | |
| 24 HOUR FITNESS USA, INC., et al., | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | 2:11-CV-1999-PMP-GWF |
| LAWRENCE DICKERSON, | ) ) ) | |
| Respondent. | ) | |
| 24 HOUR FITNESS USA, INC., et al., | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | 2:11-CV-2000-PMP-PAL |
| MARK DONNELLY, | ) ) ) | |
| Respondent. | ) | |
| 24 HOUR FITNESS USA, INC. et al., | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | 2:11-CV-2003-PMP-CWH |
| STEPHEN RANDOLPH | ) ) ) | |
| Respondent. | ) | |

24 HOUR FITNESS USA, INC.,         )
et al.,                           )
                                  )
              Petitioner,         )
                                  )
vs.                               )          2:11-CV-2052-PMP-PAL
                                  )
JASON M. PARSONS,                 )
                                  )
              Respondent.         )
24 HOUR FITNESS USA, INC.,        )
et al.,                           )
                                  )
              Petitioner.         )
                                  )
vs.                               )          2:11-CV-2053-PMP-VCF
                                  )
RAMONA L. ERVIN,                  )
                                  )
              Respondent.         )

**IT IS ORDERED a Hearing is set for <u>Monday, September 17, 2012, at 10:00 a.m.</u>**

**<u>in LV Courtroom 7C before Judge Philip M. Pro on the following:</u>**

    1)  Petition to Compel Arbitration (filed in all the cases listed above.)

    2)  Petitioners' Motion to Strike Answer to Complaint (filed in Case Numbers

2:11-cv-1947-PMP-GWF, 2:11-cv-1999-PMP-GWF, 2:11-cv-2000-PMP-PAL, 2:11-cv-2052-

PMP-PAL and 2:11-cv-2053-PMP-VCF.)

    3)   Petitioners' Notice of Order Re: Special Master's Report and Recommendation

Issued by Judge Samuel Conti of the U.S. District Court for the Northern District of California

(filed in all the cases listed above.)

    Dated: July 20, 2012.

_Philip M. Pro_

_____

PHILIP M. PRO, UNITED STATES DISTRICT JUDGE